**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------X

HUSSEIN FAIAD SHABAN,

Petitioner,

-against-

KENNETH GENALO, Field Office Director of ICE Enforcement and Removal Operations for the New York Field Office, in his official capacity;
MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security, in his official capacity;
TODD BLANCHE, Acting Attorney General of the United States, in his official capacity,

Respondents.

----------------------------------------------------------X

26 **CIVIL** 7226 (GBD)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed dated August 31, 2026, the petitioner has returned to New York City and was released from the custody of U.S. Immigration and Customs Enforcement; accordingly, the case is closed.

**DATED:** New York, New York
September 2, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**